# NOTICE REGARDING RESET OF MEETINGS OF CREDITORS
# TELEPHONIC MEETINGS OF CREDITORS
**(March 25, 2020)**

THIS NOTICE APPLIES <u>ONLY</u> TO MEETINGS OF CREDITORS HELD BY THE UNITED STATES TRUSTEE OFFICE AND CASE TRUSTEES, AS INDICATED IN THE INITIAL NOTICE OF BANKRUPTCY CASE OR ANY NOTICE CONTINUING THE SAME. FOR ALL OTHER SCHEDULED HEARINGS BEFORE A BANKRUPTCY JUDGE, PLEASE CONSULT www.scb.uscourts.gov/coronavirus-info OR ANY OTHER RELEVANT NOTICE PROVIDED TO YOU.

FROM:  United States Trustee Office – Columbia Field Office
TO:  Counsel, creditors, pro se debtors, and parties in interest
DATE:  March 25, 2020
RE:  Telephonic meeting of creditors effective March 23, 2020 – response to COVID-19 pandemic

Effective March 23, 2020, and until further notice, all meetings of creditors in all bankruptcy chapters will be held telephonically on the date and at the time noticed in each case. No in-person meetings will be held.  Do not come to the physical location shown in the notice of bankruptcy filing in each case.

Call-in numbers to attend meetings of creditors with the assigned participant passcodes are shown below for all trustees in the district.  <u>Additional supplemental instructions may be provided by each trustee to counsel, pro se debtors, and, upon request to the case trustee, to creditors and parties in interest desiring to attend meetings of creditors</u>.  In chapter 11 cases, the United States Trustee will send out any additional information and respond to requests to attend by creditors and parties in interest.

| Trustee | Number | Toll Free | Participant Code |
|---|---|---|---|
| Jimmy Wyman | (203) 480-2363 | (877) 486-6317 | 9903805 |
| Gretchen Holland | (203) 480-1116 | (877) 985-8264 | 5092584 |
| Pamela Simmons-Beasley | (517) 477-2274 | (877) 953-1486 | 4504409 |
| Annemarie B. Mathews | (517) 477-8826 | (877) 985-7782 | 9233197 |
| Robert Anderson | (517) 477-8368 | (877) 952-3034 | 3232014 |
| Janet Haigler | (517) 477-6602 | (888) 791-3450 | 6710937 |
| John Fort | (517) 444-4994 | (877) 951-5925 | 7553161 |
| Michelle Vieira | (517) 477-8322 | (877) 985-8971 | 4754087 |
| Kevin Campbell | (517) 477-7753 | (877) 973-7790 | 5304498 |
| Kerk Spong | (517) 477-6990 | (866) 812-4190 | 8354661 |
| UST all chapter 11 cases | (517) 477-6833 | (877) 605-6087 | 8839880 |

Debtors' counsel and their clients are not required to be at the same physical location of counsel while a meeting is being conducted.

The method of communicating information to parties by the trustees and by the United States Trustee will be electronic to the extent possible using the email information found in each

case. Debtors' counsel is responsible for communicating the appropriate teleconference information to their clients.

Creditors and parties in interest desiring to attend a meeting of creditors should contact the case trustee or, in a chapter 11 case, the United States Trustee using the contact information below.

**Chapter 7 Trustees**

Robert F. Anderson
bob@andersonlawfirm.net
(803) 252-8600

Janet B. Haigler
jhaigler@haiglerlawfirm.com
(803) 261-9806

Kevin Campbell
kcampbell@campbell-law-firm.com
(843)-884-6874

Michelle Vieira
trustee@chapter7.email
(843) 497-9800

John K. Fort
johnkfort@gmail.com
(864) 237-8284

**Chapter 13 Trustees**

Gretchen Holland
Katherine@upstate13.com
(864) 527-3765

Annemarie B. Mathews
dgoldberg@columbia13.com
(803) 744-0201

Pamela Simmons-Beasley
dawn@ch13trustee.net
(803) 779-5180, ext. 131

James Wyman
bumgarner@charleston13.com
(843) 856-2404

**Chapter 11**

United States Trustee (Columbia Field Office)
USTPRegion04.CO.ECF@usdoj.gov
(803) 765-5250

**Chapter 12 Trustee**

Kerk Spong
kspong@robinsongray.com
(803) 227-1101

**Debtor Identification Procedures Through Remote Meetings**

The requirement of proof of proper identification of debtors at meetings of creditors remains unchanged.  This requirement includes debtors' counsel and pro se debtors emailing the case trustee by a secure method imaged copies of a debtor's photo identification and proof of social security number at least two business day prior to the meeting of creditors.  The trustee may provide debtors' counsel and pro se debtors with further specifics regarding how to furnish this information.

If this method of debtor identification proves unsatisfactory to the trustee or to the United States Trustee, substitute proof of identification may be required using one of two alternative

methods. Alternative method #1 entails a certification or declaration by a debtor's counsel confirming a debtor's identity. Alternative method #2 involves furnishing a sworn identification affidavit which requires a notary signature. Both the attorney certification/declaration form or the affidavit form may be obtained from the case trustee or the United States Trustee. Both alternative methods described for debtor identification must be completed and furnished to the trustee two business days prior to the meeting of creditors.

**Phone Etiquette Guidelines**

The following video/phone etiquette guidelines will be required of all parties participating in telephonic meetings of creditors:

a. Mute the call/audio while your meeting is not being held.

b. Limit all background noise while your meeting is being held.

c. No speaker phone should be used unless two or more persons are appearing on the same line, i.e., debtor and counsel or joint-filing debtors.

d. Debtors and counsel are to be at a set location, and not in transit, so that full attention can be given to the questions being asked.

e. Only debtors and their counsel as well as creditors or interested parties will be allowed on the connection, i.e., no "moral support," "coaching," or supplementary answers are to be provided by friends or family during the call.

f. Any telephonic appearances by debtors without their counsel also present on the conference call at the appointed time will result in a continuance. After two failed attempts, the trustee may seek the dismissal of the case.

g. Attorney for the debtor(s) should share invitation information for participation in the teleconferencing 341 meetings with debtors and any creditors wishing to participate in the meeting.

h. All parties attending meetings of creditors shall call just prior to the designated meeting time or as otherwise instructed by the trustee assigned to the case, or in chapter 11 cases, by the United States Trustee. Parties should disconnect from the call after the meeting attended is concluded.

i. No recordings of the phone conference may be made by any party other than the trustee, United States Trustee, or a certified court reporter who has the express written permission of the trustee or United States Trustee to record the meeting.

\*\*The **temporary** policies and procedures in this document do not otherwise affect a debtor's requirement to submit and provide all other necessary documents to the Court and to the trustee or United States Trustee. Also, these procedures are subject to change due to the dynamics of the present circumstances.

JOHN P. FITZGERALD, III
Acting United States Trustee
Region Four


By: /s/ John T. Stack
John T. Stack
Assistant United States Trustee
Department of Justice
Dist. Ct. Atty. I.D. No. 4272
1835 Assembly Street, Ste. 953
Columbia, SC  29201
(803) 765-5250
John.T.Stack@usdoj.gov